UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN GREGORIO,

                        Plaintiff,

     -against-

EL BANDIDO RESTAURANT INC. d/b/a
EL BANDIDO and TONATIUH TELLO,

                       Defendants.

Index No.: 20-cv-10403(KMK)

(~~Proposed~~) Judgment 

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on July 13, 2021; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Edwin Gregorio and against El Bandido Restaurant Inc. d/b/a El Bandido and Tonatiuh Tello, jointly and severally, in the amount of $31,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: New York, New York
       December 9, 2022

So Ordered:

_____
District Judge Kenneth M. Karas